**Order filed, March 31, 2022.**



**In The**

**Fourteenth Court of Appeals**

————————

**NO. 14-21-00753-CV**

————————

**MONICA  NICOLE  TOWNSEND, Appellant**

**V.**

**SAIRA  VASQUEZ, Appellee**

**On Appeal from the County Court at Law No. 5**
**Fort Bend County, Texas**
**Trial Court Cause No. 19-CCV-066520**

**ORDER**

The reporter's record in this case was due **February 14, 2022**. *See* Tex. R. App. P. 35.1.  On March 3, 2022, this court granted the court reporters request for extension of time to file the record until March 28, 2022.  To date, the record has not been filed with the court.  Because the reporter's record was not filed within the time prescribed in the previous request, we issue the following order.

We order Vanessa Owens, the court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM

Panel Consists of Chief Justice Christopher and Justices Bourliot and Spain.